No. 227. McCay Engineering Company *v.* United States. Appeal from the Court of Claims. Argued March 11, 12, 1920. Decided March 22, 1920. *Per Curiam.* Affirmed by an equally divided court. Mr. Justice McReynolds took no part in the decision of this case. *Mr. George A. King,* with whom *Mr. M. Walton Hendry* and *Mr. George R. Shields* were on the brief, for appellant. *Mr. Assistant Attorney General Davis,* with whom *Mr. Chas. F. Jones* was on the brief, for the United States.

---

No. 241. Kansas City Bolt & Nut Company *v.* Kansas City Light & Power Company. Error to the Supreme Court of the State of Missouri. Argued March 15, 1920. Decided March 22, 1920. *Per Curiam.* Affirmed upon the authority of *Union Dry Goods Co.* v. *Georgia Public Service Corporation,* 248 U. S. 372. *Mr. Rees Turpin* for plaintiff in error. *Mr. John H. Lucas,* with whom *Mr. Frank Hagerman* was on the brief, for defendant in error.